```
                   UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION


WALTER MORROW and PAMELA TAYLOR,     )
                                     )
          Plaintiffs,                )
                                     )
     vs.                             )    No. 4:06CV1243-DJS
                                     )
JOHN H. SOEDER, III and              )
SHER & SHABSIN, P.C.,                )
                                     )
          Defendants.                )
```

## ORDER OF DISMISSAL

Pursuant to the order entered herein this day,

**IT IS HEREBY ORDERED** that this action is dismissed without prejudice to arbitration of the issues presented.


Dated this ___3rd___ day of October, 2006.


                                   /s/Donald J. Stohr
                                   UNITED STATES DISTRICT JUDGE